IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 09 2007
U.S. DISTRICT COURT
ELKINS WV 26241

United States of America

**Plaintiff,**

v.     CIVIL NO: _2:07cv87_

Hercules Incorporated

**Defendant.**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of <u>Daniel S. Smith</u>, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _November 9, 2007._

_____
United States District Judge

Dockets.Justia.com