IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 09 2007
U.S. DISTRICT COURT
ELKINS WV 26241

United States of America

**Plaintiff,**

v.

Hercules Incorporated

**Defendant.**

CIVIL NO: 2:07cv87

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of <u>Deborah A. Gitin</u>, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: November 7, 2007

_Robert E. Maxwell_
United States District Judge

Dockets.Justia.com