IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
DEC 2 0 2007
U.S. DISTRICT COURT
ELKINS WV 26241

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

vs.              CIVIL ACTION NO. 2:07 CV 87
                     (MAXWELL)

**HERCULES INCORPORATED,**

 **Defendant.**

## ORDER

On December 19, 2007, an Unopposed Motion To Enter Consent Decree was filed by the Plaintiff in the above-styled civil action. Said Motion asks the Court to sign and enter the proposed Consent Decree lodged with the Court in the above-styled civil action on October 31, 2007.

Thereafter, on that same date, December 19, 2007, Hercules Incorporated's Motion For Expedited Consideration Of The United States' Unopposed Motion To Enter Proposed Consent Decree was filed in the above-styled civil action. In said Motion, the Defendant asks the Court expedite its review of the proposed Consent Decree for entry as a final judgment under Rules 54 and 58 of the Federal Rules of Civil Procedure.

After careful review of the entire record in the above-styled civil action, including the proposed Consent Decree and the aforementioned motions, the Court is satisfied that the agreement reached by the parties and expressed in the proposed Consent Decree is fair, adequate, and reasonable and is not illegal, a product of collusion, or against the public interest. For that reason, the Court believes that entry of the

proposed Consent Decree is appropriate. Accordingly, it is

ORDERED that the Plaintiff's Unopposed Motion To Enter Consent Decree (Docket No. 9) be, and the same is hereby, **GRANTED**. It is further

ORDERED that Hercules Incorporated's Motion For Expedited Consideration Of The United States' Unopposed Motion To Enter Proposed Consent Decree (Docket No. 10) be, and the same is hereby, **GRANTED**.

The Consent Decree will be entered by the Court on today's date.

The Clerk of Court is directed to transmit copies of this Order to counsel of record in the above-styled civil action.

ENTER: December 20th, 2007

United States District Judge