IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 03 2008
U.S. DISTRICT COURT
ELKINS WV 26241

United States of America

**Plaintiff(s),**

v.                                              Civil  NO: 07-87

Hercules Incorporated

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Christina M. Carroll, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: January 3, 2008

_____
United States District Judge