# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

United States of America

**Plaintiff(s),**

v.                                    Civil   NO: 07-87

Hercules Incorporated

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Tami Lyn Azorsky, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: January 3, 2008

_____
United States District Judge

*FILED JAN 03 2008 U.S. DISTRICT COURT ELKINS WV 26241*